**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REYNALDO MILLETTE,

    Petitioner,

-vs-                                    Case No.   8:18-cv-2232-WFJ-NHA

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

    Before the Court is Mr. Millette's Application for Certificate of Appealability (Doc. 57). The Application is **DENIED** because jurists of reason would not debate the denial of the habeas petition. *See Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003) (A certificate of appealability will be issued only if a petitioner demonstrates "that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."). Mr. Millette is advised that he may seek a certificate of appealability from the Eleventh Circuit Court of Appeals under Rule 22(b)(1) of the Federal Rules of Appellate Procedure.

    **ORDERED** in Tampa, Florida on April 9, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
Reynaldo Millette, *pro se*
Counsel of Record